ORIGINAL

SCANNED (SAB 6/16/10)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MAIDENFORM BRANDS, INC.,

    Plaintiff,

v.

TIMES THREE CLOTHIER LLC,

    Defendant.

---

TIMES THREE CLOTHIER LLC

    Counterclaim-Plaintiff,

v.

MAIDENFORM BRANDS, INC.,

    Counterclaim-Defendant.

Civil Action No. 10-cv-1661

## MOTION TO ADMIT COUNSEL PRO HÀC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kate Hutchins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Alexandra Wells Amrhein
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Phone Number: (617) 526-6167
Fax Number: (617) 526-5000

Alexandra Wells Amrhein is a member in good standing of the Bar of the State of Massachusetts. There are no pending disciplinary proceedings against Alexandra Wells Amrhein in any State or Federal court.

Dated: June 11, 2010

Respectfully Submitted,

*Kate Hutchins* (signature)

Kate Hutchins
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022
Phone Number: (212) 295-6414
Fax Number: (212) 230-8888

*Attorneys for Defendant
Times Three Clothier LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIDENFORM BRANDS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TIMES THREE CLOTHIER LLC,<br><br>    Defendant. | Civil Action No. 10-cv-1661 |
| TIMES THREE CLOTHIER LLC<br><br>    Counterclaim-Plaintiff,<br><br>v.<br><br>MAIDENFORM BRANDS, INC.,<br><br>    Counterclaim-Defendant. | Declaration of Kate Hutchins<br>In Support of Motion to Admit Counsel<br>Pro Hac Vice |

## DECLARATION OF KATE HUTCHINS IN SUPPORT OF
## MOTION TO ADMIT COUNSEL PRO HAC VICE

I, Kate Hutchins, hereby declare as follows:

1. I am an attorney at Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the Defendant in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Defendant's motion to admit Alexandra Wells Amrhein as counsel pro hac vice to represent the Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in October 2001. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. Ms. Amrhein is an associate at Wilmer Cutler Pickering Hale and Dorr LLP in its Boston, Massachusetts office.

4. I have worked with Ms. Amrhein and have found her to be a skilled attorney and a person of integrity. Ms. Amrhein is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

5. Accordingly, I am pleased to move the admission of Alexandra Wells Amrhein, pro hac vice.

6. I respectfully submit a proposed order granting the admission of Alexandra Wells Amrhein, pro hac vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Alexandra Wells Amrhein, pro hac vice, to represent the Defendant in the above-captioned matter, be granted. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 11, 2010

Respectfully Submitted,

_____
Kate Hutchins



**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

June 8, 2010

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Alexandra Wells Amrhein
Wilmer Hale
call Valerie 617-526-6864 for pu

IN RE: CERTIFICATE OF ADMISSION AND GOOD STANDING

Alexandra Wells Amrhein:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ct
CL Received: June 8, 2010
enclosure

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirtieth** day of **November** A.D. **2009**, said Court being the highest Court of Record in said Commonwealth:

## Alexandra Wells Amrhein

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **eighth** day of **June** in the year of our Lord **two thousand and ten**.



MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIDENFORM BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMES THREE CLOTHIER LLC, <br><br> Defendant. <br><br><br> TIMES THREE CLOTHIER LLC <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> MAIDENFORM BRANDS, INC., <br><br> Counterclaim-Defendant. | Civil Action No. 10-cv-1661 |

## ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Kate Hutchins, attorney for Times Three Clothier LLC, and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

Alexandra Wells Amrhein<br>
Wilmer Cutler Pickering Hale and Dorr LLP<br>
60 State Street<br>
Boston, MA 02109<br>
Telephone/Fax: (617) 526-6167 / (617) 526-5000<br>
alexandra.amrhein@wilmerhale.com

is admitted to practice pro hac vice as counsel for Times Three Clothier LLC in the above-captioned case in the United States District Court for the Southern District of New York. All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: June ____, 2010
      New York, NY

_____
The Honorable George B. Daniels
United States District Judge

# CERTIFICATION OF SERVICE

I, Kate Hutchins, hereby certify that on June 11, 2010, I caused to be served a true and correct copy of the Motion for Pro Hac Vice Admission of Alexandra Wells Amrhein upon the individuals listed below, via first-class mail:

Baldassare Vinti
Proskauer Rose LLP
1585 Broadway
New York, NY 10036-8299
*Attorney for Plaintiff Maidenform Brands, Inc.*

Steven M. Bauer
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
*Attorney for Plaintiff Maidenform Brands, Inc.*

Colin G. Cabral
Proskauer Rose LLP
One International Place
Boston, MA 02110-2600
*Attorney for Plaintiff Maidenform Brands, Inc.*

Dated: June 11, 2010

/s/ Kate Hutchins
Kate Hutchins