USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
D
AUG 10 2011

### Exhibit C

### Dismissal Order

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAIDENFORM BRANDS, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>TIMES THREE CLOTHIER LLC d/b/a YUMMIE TUMMIE<br><br>Defendant-Counterclaim Plaintiff. | Case No. 10-cv-1661 (GBD) |

### Agreed Order of Dismissal with Prejudice

Plaintiff-Counterclaim Defendant Maidenform Brands, Inc. ("Maidenform"), and Defendant-Counterclaim Plaintiff Times Three Clothier LLC ("Times Three"), have entered into a Settlement Agreement (the "Settlement Agreement") and agreed to entry of this Agreed Order of Dismissal with Prejudice. This Court hereby states and orders and the parties hereby agree and stipulate on the terms and conditions of the Settlement Agreement as follows:

1. This Court has personal jurisdiction over the parties and retains jurisdiction to enforce this Agreed Order of Dismissal with Prejudice.

2. Venue is proper in this District.

3. All claims and counterclaims in this action as between Maidenform and Times Three are dismissed with prejudice.

4. Each party shall bear its own respective costs and attorneys' fees in connection with such dismissal.

| MAIDENFORM BRANDS, INC. | TIMES THREE CLOTHIER LLC |
|---|---|
| By its attorneys,<br><br>*/s/ James H. Shalek*<br>James H. Shalek<br>PROSKAUER ROSE LLP<br>Eleven Times Square<br>New York, NY 10036<br>212-969-3000 | By its attorneys,<br><br>*/s/ Steven B. Pokotilow*<br>Steven B. Pokotilow<br>STROOCK & STOOCK & LAVAN LLP<br>180 Maiden Lane<br>New York, NY 10038<br>212-806-5400 |

SO ORDERED:

*/s/ George B. Daniels*   AUG 1 0 2011
George B. Daniels, U.S.D.J.

Dated: _____